James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Roberto Cena-Martinez, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Roberto Cena-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cena-Martinez has not filed a response. Although Cena-Martinez remains subject to a term of supervised release, he has completed the term of imprisonment. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc).

UNITED STATES of America, Plaintiff-Appellee

v.

Jose Luis **RAMIREZ-HEBERT**, also known as Jose Luis Ramirez, also known as Jose Luis Ramirez-Herbert, also known as Jose L. Ramirez, also known as Manahel Parcio, also known as Armando Ramirez, also known as Jose Luis Ramirez-Herbet, also known as Jose Herbert Ramirez, **Defendant-Appellant**

No. 17-20207
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed February 20, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Luis Ramirez-Hebert, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Luis Ramirez-Hebert has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Hebert has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose MARTINEZ-SOTO, also known as Jose Dejesus Martinez, also known as Jesus Sanchez-Ramirez, also known as Jose De Jesus Martinez-Soto, also known as Jose De Jesus Martinez Soto, also known as Jose Dejesus Martinez Soto, also known as Jose De Martinez Soto, Defendant-Appellant**

No. 17-20383
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Jose Martinez-Soto, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Martinez-Soto has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Soto has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**Peggy Jean CLARK, Plaintiff-Appellant**

v.

**UNITED STATES of America,**
**Defendant-Appellee**

No. 17-30804
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

the limited circumstances set forth in 5TH CIR. R. 47.5.4.